# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-1596

———————

Valentino Maghee,                        *
                                         *
                    Appellant,           *    Appeal from the United States
                                         *    District Court for the Southern
        v.                               *    District of Iowa.
                                         *
John F. Ault, Warden,                    *         [UNPUBLISHED]
                                         *
                    Appellee.            *

———————

Submitted: November 3, 2005
Filed: November 9, 2005

———————

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.


Valentino Maghee appeals the district court's[*] order dismissing Maghee's 28 U.S.C. § 2254 petition challenging for the second time discipline imposed in January 2001 for rule violations he committed while at an Iowa work-release center. Following careful review, we reject Maghee's argument that he established cause for his procedural default for the reasons stated by the district court and by this court during Maghee's earlier appeal, see Maghee v. Ault, 66 Fed. Appx. 81 (8th Cir. Apr.

---

[*]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

30, 2003) (unpublished per curiam); <u>United States v. Bartsh</u>, 69 F.3d 864, 866 (8th Cir. 1995) (law-of-case doctrine).  Accordingly, we affirm the district court.  <u>See</u> 8th Cir. R. 47B.

_____